IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Brandy J. Gould,<br><br>            Plaintiff,<br><br>    vs.<br><br>Synter Resource Group, LLC,<br><br>            Defendant. | Case No. 2:15-cv-02338-RMG-KDW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to and give notice of the dismissal of this action, with prejudice, and each party bearing their own costs and fees.

| | |
|---|---|
| s/ Gary J. Heisterkamp | s/ Molly H. Cherry |
| Gary J. Heisterkamp   (Fed. ID No. 12223) | Molly H. Cherry              (Fed. ID No. 7067) |
| WIGGER LAW FIRM, INC. | NEXSEN PRUET, LLC |
| 8086 Rivers Avenue, Suite A | 205 King Street, Suite 400 (29401) |
| North Charleston, South Carolina 29406 | P.O. Box 486 |
| Phone:  843.203.1500 | Charleston, South Carolina  29402 |
| Facsimile:  843.203.1501 | Phone:  843.577.9440 |
| E-mail: gheisterkamp@wiggerlawfirm.com | Facsimile:  843.414.8209 |
|  | E-mail: mcherry@nexsenpruet.com |
| ATTORNEY FOR PLAINTIFF | |
|  | ATTORNEYS FOR DEFENDANT |

December 10, 2015
Charleston, South Carolina